UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GENE AND MARGARET TAYLOR**                                              **PLAINTIFFS**

**V.**                                              **CIVIL ACTION NO.1:06CV009 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY, ET AL.**         **DEFENDANTS**

### ORDER DENYING MOTION TO DISMISS

In accordance with the Memorandum Opinion I have this day entered, it is

**ORDERED**

That State Farm Fire and Casualty Company's motion to dismiss the complaint [6] is hereby **DENIED**.

**SO ORDERED** this 24th day of August, 2006.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge